652 A.2d 316

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Colin JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1994.

Decided Jan. 13, 1995.

William E. Ruane, for C. Johnson.

William H. Ryan, Jr., Dennis C. McAndrews, William R. Toal, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

318

## ORDER

PER CURIAM.

Prior Report: 432 Pa.Super. 686, 635 A.2d 203.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.